1    RONALD L. RICHMAN (SBN 139189)
     SUSAN J. OLSON (SBN 152467)
2    BULLIVANT HOUSER BAILEY PC
     601 California Street, Suite 1800
3    San Francisco, California  94108
     Telephone: 415.352.2700
4    Facsimile: 415.352.2701
     E-Mail:      ron.richman@bullivant.com
5                 susan.olson@bullivant.com

6    Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11   BOARD OF TRUSTEES OF THE              Case No.: 4:14-cv-03013-DMR
     LABORERS HEALTH AND WELFARE
12   TRUST FUND FOR NORTHERN               **STIPULATION TO VACATE CLERK'S
     CALIFORNIA; BOARD OF TRUSTEES OF      ENTRY OF DEFAULT AND TO SET
13   THE LABORERS VACATION-HOLIDAY         CASE MANAGEMENT CONFERENCE;
     TRUST FUND FOR NORTHERN               ORDER THEREON**
14   CALIFORNIA; BOARD OF TRUSTEES OF
     THE LABORERS PENSION TRUST FUND
15   FOR NORTHERN CALIFORNIA; and
     BOARD OF TRUSTEES OF THE
16   LABORERS TRAINING AND RETRAINING
     TRUST FUND FOR NORTHERN
17   CALIFORNIA,

18                    Plaintiffs,

19        vs.

20   D. LOPEZ, JR., an individual, dba D. LOPEZ
     JR. CONCRETE CONSTRUCTION,
21
                      Defendant.
22

23   BOARD OF TRUSTEES OF THE CEMENT      Case No.: 4:14-cv-03016-DMR
     MASONS HEALTH AND WELFARE TRUST
24   FUND FOR NORTHERN CALIFORNIA;
     BOARD OF TRUSTEES OF THE CEMENT
25   MASONS VACATION-HOLIDAY TRUST
     FUND FOR NORTHERN CALIFORNIA;
26   BOARD OF TRUSTEES OF THE CEMENT
     MASONS PENSION TRUST FUND FOR
27   NORTHERN CALIFORNIA; AND BOARD
     OF TRUSTEES OF THE CEMENT MASONS
28   TRAINING TRUST FUND FOR NORTHERN
     CALIFORNIA,

– 1 –

1 | Plaintiffs,

2 | vs.

3 | D. LOPEZ, JR., an individual,

4 | Defendant.

5

6 | **<u>STIPULATION</u>**

7 |     IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Trust Funds and

8 | Defendant D. Lopez, Jr., through their respective counsel, that there was a miscommunication

9 | between counsel and that it was the parties' intent to allow Defendant D. Lopez Jr. additional

10 | time to respond to the COMPLAINT FOR DAMAGES FOR BREACH OF COLLECTIVE

11 | BARGAINING AGREEMENT, TO RECOVER UNPAID TRUST FUND CONTRIBUTIONS

12 | AND FOR A MANDATORY INJUNCTION ("Complaint") and therefore, the Clerk's Entry of

13 | Default should be vacated.

14 | / / /

15 | / / /

16 | / / /

17 | / / /

18 | / / /

19 | / / /

20 | / / /

21 | / / /

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT

1    IT IS FURTHER STIPULATED that the parties request that this Court vacate the

2  Clerk's Entry of Default dated August 12, 2014; Defendant J. Lopez, Jr. shall file his responsive

3  pleading on or before September 8, 2014 and that this Court set a Case Management Conference

4  within the next sixty (60) days so the parties can advise the Court as to the status of the

5  litigation.

6  DATED:  August 27, 2014

7                                              BULLIVANT HOUSER BAILEY PC

8

9                                       By   */s/ Ronald L. Richman*
                                             RONALD L. RICHMAN
10
                                             Attorneys for Plaintiffs
11

12 DATED:  August 26, 2014

13                                             BENJAMIN LAW GROUP

14

15                                      By   */s/ Na'il Bengamin*
                                             NA'IL BENJAMIN
16
                                             Attorneys for Defendant
17

18

19

20

21

22

23

24

25

26

27

28

– 3 –

1

## <u>ORDER</u>

2        Based on the Stipulation and good cause appearing,

3        IT IS HEREBY ORDERED that the Clerk's Entry of Default against Defendant D.

4   Lopez, Jr. shall be vacated.  Defendant shall file a responsive pleading on or before

5   September 8, 2013, and a Case Management Conference is set for _____October 1_____, 2014 at

6   1:30 p.m., Courtroom 4, 3rd Floor.  The parties shall file a Joint Case Management Conference

7   Statement seven (7) days prior to the Case Management Conference.

8

9   DATED:  August ___27___, 2014

10

11        By: _____

12              HON. DONNA M. RYU
              UNITED STATES MAGISTRATE JUDGE

13

14

15   15187417.1

16

17

18

19

20

21

22

23

24

25

26

27

28

– 4 –