UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>D. LOPEZ,<br><br>Defendant. | Case No. 14-cv-03013-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs filed a Motion to Enforce the Settlement Agreement on February 8, 2018. [Docket No. 30]. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiffs' motion was due on February 22, 2018, but no such opposition has been received. <u>Defendant D. Lopez is ordered to respond by March 21, 2018, and show cause for the failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on March 22, 2018 is VACATED. A new hearing shall be noticed by the court if necessary. If Defendant D. Lopez does not respond by March 22, 2018, Plaintiffs' motion may be granted.

**IT IS SO ORDERED.**

Dated: March 14, 2018



_____
Donna M. Ryu
United States Magistrate Judge